UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL WEISSE, | ) | Case No. CV 08-4245 JSL(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and this action is dismissed as moot.

DATED: March 30, 2011

*/s/ Spencer Letts*

_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE